21 A.3d 677

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Stephen Rex EDMISTON, Appellant.**

**No. 1 EM 2010.**

Supreme Court of Pennsylvania.

June 6, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of June, 2011, appellant's Petition for Permission to Appeal from an Interlocutory Order is DISMISSED AS MOOT. *See Commonwealth v. Edmiston,* 613 CAP, order entered June 6, 2011.